IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2021 JUL 14   A 11: 28

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:21cr 337-RAH-Smd |
| | ) [21 U.S.C. § 846; |
| ERIC MICHAEL CAYLOR | ) 21 U.S.C. § 841; |
| | ) 18 U.S.C. § 843(b)] |
| | ) |
| | ) INDICTMENT |
| | ) |
| | ) |

The Grand Jury charges:

## COUNT 1
(Conspiracy)

Beginning from a date unknown to the Grand Jury, and continuing up to and including the

date of this Indictment, in Coffee County, within the Middle District of Alabama and elsewhere,

the defendant,

ERIC MICHAEL CAYLOR,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire,

combine and agree together to distribute and possess with intent to distribute a controlled

substance, to wit: a mixture and substance containing a detectable amount of methamphetamine in

violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United

States Code, Section 846.

## COUNT 2
(Attempted Possession with Intent to Distribute Controlled Substance)

On or about May 2, 2019, in Coffee County, within the Middle District of Alabama, the

defendant,

ERIC MICHAEL CAYLOR,

did knowingly and intentionally attempt to possess with intent to distribute a controlled

substance, to wit: a mixture and substance containing a detectable amount of methamphetamine,

a Schedule II controlled substance, in violation of Title 21, United States Code, Section

841(a)(1); all in violation of Title 21, United States Code, section 846.

COUNT 3

(Use of a Communication Facility to Further the Conspiracy)

On or about May 2, 2019, in Coffee County, within the Middle District of Alabama, the defendant,

ERIC MICHAEL CAYLOR,

did knowingly and intentionally use a communication facility, to-wit: the United States mail, in

committing, and causing and facilitating the offense set forth in Count 1 of this Indictment

incorporated by reference herein. In violation of Title 21, United States Code, Section 843(b).


A TRUE BILL:


Foreperson


SANDRA J. STEWART
ACTING UNITED STATES ATTORNEY


Russell T. Duraski
Assistant United States Attorney


2